IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-mc-0297 MCE DB |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF CONTINUING GARNISHMENT** |
| v. | |
| ROYCE NEWCOMB, | |
| Debtor. | |
| WELLS FARGO BANK, NA, | |
| Garnishee. | |

The Court, having reviewed its files and the United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment, and good cause appearing, hereby recommends a Final Order of Continuing Garnishment be granted.

Accordingly, IT IS RECOMMENDED that:

1.     The United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment be GRANTED;

2.     Garnishee Wells Fargo Bank, NA, be directed to pay the Clerk of the United States District Court all funds held by Garnishee in which Debtor has an interest within fifteen (15) days of the

1

filing of the Final Order.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:11-CR-00172-MCE) shall be stated on the payment instrument;

3.     The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary;

4.     The garnishment shall terminate when the payment is deposited with the Clerk of the Court; and

5.      Within fourteen days of the date of these findings and recommendations the United States shall serve a copy on the Debtor and file proof of such service.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 11, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\USvNewcomb0297.cont.garn.f&rs