IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROYCE NEWCOMB,<br><br>    Debtor.<br><br>WELLS FARGO BANK, NA,<br><br>    Garnishee. | No. 2:20-mc-00297-MCE-DB<br><br>**ORDER** |

    This matter was referred to a United States Magistrate Judge.  On December 12, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections thereto were to be filed within fourteen days after service of the findings and recommendations.  ECF No. 11.  The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 12, 2022 (ECF No. 11) are ADOPTED in full;

2. The United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment (ECF No. 10) is GRANTED;

3. Garnishee Wells Fargo Bank, NA, is directed to pay the Clerk of the United States District Court all funds held by Garnishee in which Debtor has an interest within fifteen (15) days of the filing of this order. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:11-CR-00172-MCE) shall be stated on the payment instrument;

4. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

5. The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.

Dated:  February 11, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE